UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HOSAM MAHER SMADI,

    Plaintiff,

  v.

WILLIAM TRUE, et al.,

    Defendants.

Case No. 3:18-cv-02149-JPG

**ATTORNEY HOWARD L. HUNTINGTON'S MOTION TO VOLUNTARILY WITHDRAW HIS GENERAL ADMISSION TO PRACTICE IN THIS DISTRICT AND TO WITHDRAW AND VACATE APPOINTMENT ORDER PURSUANT TO LOCAL RULE 83.1(i)**

    NOW COMES Howard L. Huntington, appointed attorney for Hosam Maher Smaid ("Plaintiff"), for his Motion to Voluntarily Withdraw His General Admission to Practice in this District and to Withdraw and Vacate Appointment Order Pursuant to Local Rule 83.1(i), states:

    1.    The undersigned attorney Howard L. Huntington first achieved his general admission to practice in the U.S. District Court for the Southern District of Illinois in 2003 for the purpose of assisting lead defense counsel in the matter of <u>Dal Pozzo, et al v. Basic Machinery Co, et al</u>, Case No. 03-cv-00138.  That case closed in 2004 and the undersigned attorney has appeared in no other cases in this District for the past sixteen years from 2004 to present.

    2.    At the time of the <u>Dal Pozzo</u> matter in the early 2000s, the undersigned attorney was an associate for a different firm whose concentration was insurance defense and the nature of his representation of that firm's clients regularly necessitated travel throughout the State of Illinois.

    3.    Presently, the nature of the undersigned attorney's work at his current firm has changed and excludes insurance defense.  His current firm's clients are heavily and almost exclusively concentrated in the Chicagoland area.  The undersigned attorney also resides in the

1

Chicagoland area.

4. To properly honor this Plaintiff's case with the care and attention it deserves would require the undersigned attorney to travel 264 miles to attend hearings and 307 miles to visit the Plaintiff.

5. In light of the transformation of the undersigned attorney's practice and the unavoidable geographical obstacles that this assignment would entail, the undersigned attorney regretfully, respectfully, and voluntarily requests his immediate withdrawal of his General Admission to this District's roll of attorneys who are generally admitted to practice in the U.S. District Court for the Southern District of Illinois.

6. Assuming the undersigned attorney's above request for voluntary withdrawal of his general admission from this District is granted, the undersigned attorney is ineligible for assignments under Local Rule 83.1(i).

7. After careful consideration of this Court's assignment order, the undersigned attorney has determined he is no longer in a position to handle matters in this District for paying clients and pro bono clients alike. This motion is the first and only time the undersigned attorney has requested relief of any kind from a federal pro bono assignment.

WHEREFORE, Attorney Howard L. Huntington kindly requests this Court to enter an order granting this Motion and providing:

(1) That Howard L. Huntington is granted leave to voluntarily and immediately withdraw his General Admission to practice in the U.S. District Court for the Southern District of Illinois; and

(2) That this Court vacate its appointment order entered on January 27, 2020 by Judge J. Phil Gilbert, allowing Howard L. Huntington leave to withdraw from this matter; or

(3) Any other relief this Court deems just and equitable.

Respectfully submitted,

By: /s/ Howard L. Huntington

Howard L. Huntington (IL ARDC # 6256120)
Harrison & Held, LLP
333 W. Wacker Drive, Suite 1700
Chicago, Illinois 60606-1247
PH: (312) 332-1111
FX: (312) 753-6177
hhuntington@harrisonheld.com

**APPOINTED ATTORNEY FOR**
**HOSAM MAHER SMADI**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ATTORNEY HOWARD L. HUNTINGTON'S MOTION TO VOLUNTARILY WITHDRAW HIS GENERAL ADMISSION TO PRACTICE IN THIS DISTRICT AND TO WITHDRAW AND VACATE APPOINTMENT ORDER PURSUANT TO LOCAL RULE 83.1(i) has been filed electronically on this 29th day of January 2020 using the Court's CM/ECF system.

A hard copy of this Motion is also mailed via First Class Mail to the following on January 30, 2020:

    Mr. Hosam Maher Smadi
    39482-177
    MARION U.S. PENITENTIARY
    P.O. BOX 1000
    MARION, IL 62959

Respectfully submitted,

By: /s/ Howard L. Huntington

Howard L. Huntington (IL ARDC # 6256120)
Harrison & Held, LLP
333 W. Wacker Drive, Suite 1700
Chicago, Illinois 60606-1247
PH: (312) 332-1111
FX: (312) 753-6177
hhuntington@harrisonheld.com

**APPOINTED ATTORNEY FOR**
**HOSAM MAHER SMADI**